FILED

14 OCT 23 PM 12: 41

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD, a Korean corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware corporation,<br><br>　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>EARLY BIRD SAVINGS, a company operating in China; SHENZHEN OKELER SCIENCE & TECHNOLOGY CO., LTD, a company operating in China,<br><br>　　　　　　　　　　Defendants. | CASE NO. 13-CV-3105-BEN (JLB)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Docket No. 22] |

　　　　Before this Court is a Motion for Preliminary Injunction filed by Plaintiffs Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC (collectively, "Samsung"). (Docket No. 22). On September 15, 2014, Samsung received news that service had been attempted on Defendants, but Defendants did not accept service. On September 16, 2014, Samsung filed a Motion to Deem Service Complete. (Docket No. 23). Pursuant to this Court's January 27, 2014 and May 23, 2014 Orders, directing Samsung to file a motion for preliminary injunction within two days of learning that Defendants had been served, Samsung filed the instant Motion. On October 2, 2014, this Court denied Samsung's Motion to Deem Service Complete

1  and found that Defendants had not been served.  (Docket No. 24).  In light of this
2  Court's October 2 Order, Samsung's Motion for Preliminary Injunction is premature.
3  The Motion is therefore **DENIED** without prejudice.
4      **IT IS SO ORDERED**.

7  Dated: 10/22/14

   _____
   HON. ROGER T. BENITEZ
   United States District Judge