# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONIC CO., LTD., a Korean corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware corporation,<br><br>                                Plaintiffs,<br>vs.<br><br>EARLY BIRD SAVINGS, a company operating from China; SHENZHEN OKELER SCIENCE & TECHNOLOGY CO., LTD., a company operating in China,<br><br>                                Defendants. | CASE NO. 13-CV-3105-BEN (JLB)<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION TO EXTEND THE EXISTING TEMPORARY RESTRAINING ORDER**<br><br>**(2) GRANTING MOTION FOR LEAVE TO SERVE DEFENDANTS BY ALTERNATIVE MEANS**<br><br>[Docket Nos. 31, 32] |

Plaintiffs Samsung Electronic Co. Ltd. and Samsung Telecommunications America, LLC (collectively, "Samsung") filed (1) a Motion to Extend the Existing Temporary Restraining Order and (2) a Motion for Leave to Serve by Alternative Means. (Docket Nos. 31, 32.) For the reasons stated below, this Court **GRANTS** the Motions.

## BACKGROUND

On December 20, 2013, Samsung brought this trademark infringement action against Defendants who are Chinese companies. (Docket No. 1.) On January 7,

2014, this Court issued a Temporary Restraining Order ("TRO") freezing Defendants Paypal account.  (Docket No. 11.)  On September 15, 2014, Samsung received its first response from the Chinese Central Authority ("CCA") that service had been attempted on Defendants.  However, the CCA indicated that service was not completed because Defendants refused to accept the documents.  In granting an extension of the existing TRO, the Court instructed Samsung to make a second attempt to serve Defendants according to the Hague Convention and Chinese Civil Procedure Law.  (Docket No. 24.)  On October 3, 2014, Samsung prepared a second Request for Service Abroad, including explicit instructions to leave the documents with Defendants, even where they refuse to accept, according to Chinese law.  (Docket No. 26, Ex. 1.)

On June 24, 2015, Samsung received a response from the CCA regarding its second request for service. (Mot. on TRO 2-3.)  The CCA indicated that service had not been completed for two reasons: first, that Defendant Early Bird Savings is not located at the address; and second, the Defendant Okeler refused to accept the documents.  (*Id.*)  The existing TRO is set to expire on August 4, 2015.  (Docket No. 30.)

## DISCUSSION

Pursuant to Federal Rule of Civil Procedure 4(h)(2) and (f)(3), a plaintiff may effect service upon a foreign company by any means "not prohibited by international agreement, as the court orders."  The alternative method must be "reasonably calculated, under all the circumstances, to apprise the interested parties of the pendency of the action and afford them an opportunity to present their objections."  *Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1016 (9th Cir. 2002) (citation omitted).

Samsung asks this Court to allow service by email.  When the TRO first went into effect, Paypal notified the account holders by email that their assets had been frozen by court order.  Paypal also stated email is its only method of communicating

with an account holder. After learning of the frozen Paypal account, a Mr. Brooks, asserting that he represented Defendants, contacted Samsung's counsel to attempt to resolve the matter. Further, Defendants represent to the public that they may be contacted by the emails listed below. Samsung has therefore provided adequate explanation that the following three email addresses will adequately notify Defendants of the instant lawsuit: kings67299@yahoo.com; ebs.wholesale@yahoo.com; and earlybirdebs0@yahoo.com. As it appears that the CCA service agent did not comply with Samsung's requested service by a particular method, the Court agrees that an extension of the TRO to allow for service by email is appropriate.

## CONCLUSION

Accordingly, Samsung's Motions are **GRANTED**. The TRO is **EXTENDED** until **November 4, 2015**. Samsung may serve the Complaint and Summons on Defendants by sending copies of the documents to kings67299@yahoo.com; ebs.wholesale@yahoo.com; and earlybirdebs0@yahoo.com. The Motion Hearing scheduled for August 24, 2015 is vacated.

**IT IS SO ORDERED**.

DATED: August 3, 2015

Hon. Roger T. Benitez
United States District Judge